■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. ROBINSON, Also Known as MICHAEL EVANS, Appellant. [705 NYS2d 472] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in permitting defendant to cross-examine one of the two psychiatrists at the pretrial competency hearing. When a court

orders a defendant to undergo an examination pursuant to CPL 730.30, it is because the court is "of the opinion that the defendant may be an incapacitated person" (CPL 730.30 [1]). Once that procedure is invoked, as it was in this case, "the defendant [is] entitled to a full and impartial determination of his mental capacity" (*People v Armlin*, 37 NY2d 167, 172). The right of a defendant to act as his own attorney is dependent upon a finding of mental capacity to stand trial (*see, People v Reason*, 37 NY2d 351, 354, *rearg denied* 37 NY2d 817; *see also, United States v Purnett*, 910 F2d 51, 55). Thus, the court erred in allowing defendant to represent himself by assuming an active role in the hearing before that finding was made (*see, People v Meurer*, 210 AD2d 934, 935, *lv denied* 85 NY2d 940). We therefore hold the case, reserve decision and remit the matter to Supreme Court for a reconstruction hearing to determine defendant's competency at the time of trial (*see, People v Allen*, 224 AD2d 1027; *People v Whysong*, 175 AD2d 576). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Forgery, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.